AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RANDLES P. TOMPKINS,

          Plaintiff,

    v.

SPOKANE COUNTY, WASHINGTON,
CINDY NORTH JONES, and OZZIE
KNEZOVICH,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-195-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendants' motion for summary judgment for dismissal of Plaintiff's claims is Granted.  Judgment is entered in favor of the Defendants.

January 30, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters